**Denied and Opinion Filed February 2, 2021**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

_____

**No. 05-20-00938-CV**
_____

**IN RE L.C. AKA S.R.M., Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07925-Y**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Goldstein
Opinion by Justice Myers

In their October 27, 2020 petition for writ of mandamus, relators challenge the trial court's order granting real party in interest's petition for bill of review, which set aside the final order of adoption and reopened the case. After reviewing relators' petition, real party's response, and the mandamus record, we conclude that relators have failed to comply with the requirements of Texas Rule of Appellate Procedure 52 in such a manner that precludes us from conducting a meaningful review of the trial court's order. Accordingly, we deny relators' petition for writ of

mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift our stay order issued on November 25, 2020.

/Lana Myers/

LANA MYERS
JUSTICE

200938F.P05